**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
John William Cook, Jr.,

                Petitioner,                18 **CIVIL** 4271 (AJN)
                                        13 **CR.** 77-1 (AJN)

    -against-

                                        **JUDGMENT**

United States,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 17, 2020, The Court has considered Cook's remaining arguments and, even when liberally construing them, finds them to be without merit. And Cook is not entitled to a hearing, because "the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b); *accord Gonzalez v. United States*, 722 F.3d 118, 130 (2d Cir. 2013). The Court therefore DENIES Cook's petition for habeas corpus; accordingly, 18-cv-4271 is closed. Since Cook has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue. *See* 28 U.S.C. § 2253(c)(2). The Court further finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**DATED:** New York, New York
              November 18, 2020

                                                                  **RUBY J. KRAJICK**
                                                                  _____
                                                                    **Clerk of Court**
                                            **BY:**
                                                               _____
                                                                      **Deputy Clerk**